In the Matter of WALSH & MCDERMOTT, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— In our opinion, the legal fiction of the corporate entity must give way in this instance before the strong public policy in favor of strict control of the sale of alcoholic beverages (see Alcoholic Beverage Control Law, § 2; *Matter of 1068 First Ave. Rest. Corp.* v. *State Liq. Auth.,* 24 A D 2d 951). Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.

In the Matter of SOL WALTER, Petitioner, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.— The appeal from the order of the Commissioner was not timely (Executive Law, § 297-a, subd. 6, par. c). Therefore, the Appeal Board was without jurisdiction to review the appeal. Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.